## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00045-AP

MANUEL A. MARTINEZ,

       Plaintiff,

  v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

       Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Chris R. Noel
    3000 Pearl Street, Suite 105
    Boulder, CO  80301-2431
    303-449-6503
    720-214-1836 (fax)

    For Defendant:
    Teresa H. Abbott
    Special Assistant United States Attorney
    *Mailing Address:*
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action.  42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (fax)

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:**  January 8, 2007

   B.   **Date Complaint Was Served on U.S. Attorney's Office:**  January 11, 2007

   C.   **Date Answer and Administrative Record Were Filed**:  March 12, 2007

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff states that it is unknown at this point in time whether the Administrative Record is complete.  It can not be known whether the Administrative Record is complete until after the Plaintiff's Opening Brief is filed.  Plaintiff reserves the right to consider that issue at the appropriate time and request relief if necessary.

Defendant's counsel states that to the best of the her knowledge, information, and belief, formed after inquiry reasonable under the circumstances, the Administrative Record appears to be complete.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff restates his response to Paragraph 4, here.  Additionally, the undersigned Attorney representing Mr. Martinez in his appeal for judicial review was not the attorney who represented Mr. Martinez during the administrative process, so it is unknown whether additional evidence is required or available, at this point in time.  Plaintiff reserves the right to consider that issue at the appropriate time and request relief if necessary.

Defendant's counsel states that to the best of the her knowledge, information, and belief, formed after inquiry reasonable under the circumstances, there does not appear to be any additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Plaintiff states there is no unusual claim or defense in this case that is known at present.

Defendant's counsel states that this case raises no unusual claims or defenses.

**7.   OTHER MATTERS**

None.

**8.   PROPOSED BRIEFING SCHEDULE**

   **A.   Plaintiff's Opening Brief Due:**   June 5, 2007

   **B.   Defendant's Response Brief Due:** July 16, 2007

   **C.   Plaintiff's Reply Brief (If Any) Due:**   August 24, 2007

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

   **A.   Plaintiff's Statement:**   oral argument is requested.

   **B.   Defendant's Statement:**   Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   **A.   (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   **B.   (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 22<u>nd</u> day of March, 2007

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

s/Chris R. Noel
Chris R. Noel
3000 Pearl Street, Suite 105
Boulder, CO  80301-2431
Telephone:  303-449-6503
chrisnoel@noelaw.com

Attorney for Plaintiff

TROY A. EID
UNITED STATES ATTORNEY

s/Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorneys for Defendant