IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cv-45-AP**

**MANUAL A. MARTINEZ,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

### ORDER OF DISMISSAL

Kane, J.

Upon consideration of Plaintiff's Unopposed Motion to Dismiss With Prejudice (doc. #12), filed May 2, 2007, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated this 2nd day of May, 2007.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT